FILED
October 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATHAN HOFFMAN, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-mj-00312 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release NATHAN HOFFMAN ; Case 2:11-mj-00312-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

    __     Unsecured Appearance Bond in the amount of $

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond secured by Real Property

    __     Corporate Surety Bail Bond

    __     (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on October 19, 2011 at 2:20 p.m.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge