JOHN BALAZS, Bar No.157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BROOK MURPHY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  2:12-cr-0309-JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| NATHAN V. HOFFMAN, et al., | ) | Date:   January 28, 2014 |
| | ) | Time:  9:45 a.m. |
| Defendants. | ) | Hon. John A. Mendez |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Nathan V. HOFFMAN, by and through his counsel Robert Helfend, defendant Hung NGUYEN, by and through his counsel Donald M. Re, defendant Steve MARCUS, by and through his counsel Donald M. Heller, defendant Brook MURPHY, by and through his counsel John Balazs, and defendant Jesus BRUCE, by and though his counsel, Hayes H. Gable, III, that the status conference set for October 22, 2013 at 9:45 a.m., be continued to **January 28, 2014 at 9:45 a.m.**

1

In addition, the parties stipulate and agree that time should be excluded under the Speedy Trial Act.  On or about September 12, 2013, the government provided more than 2,000 pages of additional discovery to a third party discovery service for copying by the defense.  At the same time, the government provided notice that significant additional, privacy-protected discovery is available for viewing at the U.S. Attorney's Office.  This recent discovery is in addition to more than 5,000 pages of previously provided materials, as well as video and audio materials.  As a result, counsel for each defendant needs additional time to review the voluminous materials in preparing a defense.

The discoverable material spans four search warrants served at locations alleged to be associated with defendants HOFFMAN and NGUYEN.  In addition, counsel have been notified that approximately 20 boxes of search warrant material seized from marijuana dispensaries in Southern California are available for review at the IRS Office in Sacramento.  The underlying Criminal Complaint in this case is more than 50 pages and incorporates an even longer affidavit from a previously-executed search warrant related to defendant HOFFMAN.  In addition, this case is directly related to pending cases charging more than ten defendants in the Eastern District of California:  United States v. Ebyam, no. 2:11-cr-00275 JAM, and United States v. Ebyam, et al., no. 2:11-cr-00276 JAM.  As a result, each of the defendants agrees that a continuance of the status conference is appropriate.

Counsel further stipulate that an exclusion of time from October 22, 2013 to January 28, 2014, is appropriate under the Speedy Trial Act because of defense counsel's need to review the discovery and prepare a defense. In addition, each defendant's counsel stipulates that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the voluminous discovery, the complexity and unusual nature of the underlying conspiracy, and the pending indicted defendants in two related cases. As a result, counsel for all parties stipulate the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(A) &(B)(ii) & (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: October 14, 2013  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Dated: October 14, 2013  /s/ John Balazs
JOHN BALAZS
Attorney for defendant
BROOK MURPHY

| | | |
|---|---|---|
| Dated: October 14, 2013 | | /s/  Robert Helfend |
| | | ROBERT HELFEND |
| | | Attorney for defendant |
| | | NATHAN V. HOFFMAN |

Dated: October 14, 2013            /s/  Donald M. Re
                                   DONALD M. RE
                                   Attorney for defendant
                                   HUNG NGUYEN

Dated: October 14, 2013            /s/  Donald Heller
                                   DONALD M. HELLER
                                   Attorney for defendant
                                   STEVE MARCUS

Dated: October 14, 2013            /s/ Hayes Gable, III
                                   HAYES GABLE, III
                                   Attorney for defendant
                                   JESUS BRUCE

# ORDER

Based upon the representation by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The status conference set for October 22, 2013, at 9:45 a.m. is vacated;

2. A new status conference is set for January 28, 2014, at 9:45 a.m.; and

3. Based upon the above representation and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A). The Court further finds that the requested continuance is needed for defense preparation and that this case is complex and unusual because of the voluminous discovery supporting the charges, the unique drug conspiracy in the case, and the large number of pending indicted defendants in two related cases caption: <u>United States v. Ebyam</u>, no. 2:11-cr-00275 JAM, and <u>United States v. Ebyam et al.</u>, no. 2:11-cr-00276 JAM. Accordingly time under the Speedy Trial Act shall be excluded from October 22, 2013 through January 28, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) (Local Code T2), and (B)(iv) (Local Code T4).

**IT IS SO ORDERED.**

Dated: October 15, 2013         /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                U.S. District Court Judge