JOHN BALAZS, Bar No.157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BROOK MURPHY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-0309-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO VACATE STATUS |
| v. | ) | CONFERENCE AND SET |
| | ) | MOTIONS SCHEDULE |
| | ) | |
| NATHAN V. HOFFMAN, et al., | ) | Date: April 14, 2015 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Hon. John A. Mendez |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Todd Pickles for Jason Hitt, counsel for the plaintiff United States of America, and defendant Nathan V. HOFFMAN, by and through his counsel Robert Helfend, defendant Hung NGUYEN, by and through his counsel Donald M. Re, defendant Steve MARCUS, by and through his counsel Donald M. Heller, and defendant Brook MURPHY, by and through his counsel John Balazs, that the

Court vacate the status conference set for September 9, 2014 and set the following motions schedule:

    Defendants' motions due:           December 16, 2014

    Government's responses due:       March 3, 2015

    Defendants' reply briefs due:        March 31, 2015

    Hearing on motions:               April 14, 2015, at 9:30 a.m.

Defendants' anticipate filing multiple motions, including one or more motions to dismiss and to suppress evidence. Further, attorney Donald Heller is scheduled to undergo shoulder surgery in October 2014. All remaining defendants are out of custody.

In addition, the parties stipulate and agree that time should be excluded under the Speedy Trial Act. The government provided more than 7,000 pages of discovery as well as video and audio materials. The government has also provided notice that significant additional, privacy-protected discovery is available for viewing at the U.S. Attorney's Office. As a result, counsel for each defendant needs additional time to review the voluminous materials, conduct necessary investigation, prepare a defense, and research and prepare motions.

The discoverable material spans four search warrants served at locations in Southern California and seven search warrants from seven sites in Northern California. The underlying Criminal Complaint in this case is more than 50 pages

and incorporates an even longer affidavit from a previously-executed search warrant related to defendant HOFFMAN. In addition, this case is directly related to pending cases charging more than ten defendants in the Eastern District of California: <u>United States v. Ebyam,</u> no. 2:11-cr-00275 JAM, and <u>United States v. Ebyam, et al.</u>, no. 2:11-cr-00276 JAM.

Counsel further stipulate that an exclusion of time from September 9, 2014 to April 14, 2015 is appropriate under the Speedy Trial Act because of defense counsel's need to review the discovery, investigate, prepare motions, and prepare a defense for trial. In addition, each defendant's counsel stipulates that this matter is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) because of the voluminous discovery, the complexity and unusual nature of the underlying conspiracy, and the pending indicted defendants in two related cases.

As a result, counsel for all parties stipulate the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(A) & (B)(ii) & (iv) (local code T4).

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: September 8, 2014          /s/   Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

Dated: September 8, 2014          /s/  John Balazs
                                  JOHN BALAZS
                                  Attorney for defendant
                                  BROOK MURPHY

Dated: September 8, 2014          /s/  Robert Helfend
                                  ROBERT HELFEND
                                  Attorney for defendant
                                  NATHAN V. HOFFMAN

Dated: September 8, 2014          /s/  Donald M. Re
                                  DONALD M. RE
                                  Attorney for defendant
                                  HUNG NGUYEN

Dated: September 8, 2014          /s/  Donald Heller
                                  DONALD M. HELLER
                                  Attorney for defendant
                                  STEVE MARCUS

# ORDER

Based upon the representation by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The status conference set for September 9, 2014, at 9:30 a.m. is vacated;

2. A motion schedule as set forth above is set with a hearing on April 14, 2015, at 9:30 a.m.; and

3. Based upon the above representation and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. The Court further finds that the requested continuance is needed for defense preparation and that this case is complex and unusual because of the voluminous discovery supporting the charges, the unique drug conspiracy in the case, and the large number of pending indicted defendants in two related cases, United States v. Ebyam, No. 2:11-cr-00275 JAM, and United States v. Ebyam et al., No. 2:11-cr-00276 JAM. Accordingly, time under the Speedy Trial Act shall also be excluded through April 14, 2015, pursuant to 18 U.S.C. §3161(h)(7)(A) and (h)(7) (B)(ii)&(iv) (Local Codes T2 & T4).

**IT IS SO ORDERED.**

Dated: September 9, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Judge