DONALD M. RE, SBN 49079
A Professional Law Corporation
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

FILED
JAN 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN V. HOFFMAN, et al., <br><br> Defendants. | USDC CASE NO. 2:15-cr-00234-JAM <br> USDC CASE NO. 2:12-cr-0309-JAM <br><br> **AMENDED** <br> STIPULATION AND <br> ORDER TO CONSOLIDATE CASES; <br> SET MOTION SCHEDULE; AND <br> SET STATUS CONFERENCE <br><br> Date: July 12, 2016 <br> Time: 9:15 a.m. <br> Place: Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles and Jason Hitt, counsel for plaintiff United States of America, and defendant Nathan V. HOFFMAN, by and through his counsel Robert Helfend, defendant Hung NGUYEN, by and through his counsel Donald M. Ré, defendant, defendant Brook MURPHY, by and through his counsel John Balazs, and defendant Steven MARCUS, by and through his counsel Donald Heller as follows:

1. The Indictments in Case 2:12-cr-0309-JAM and 2:15-00234-JAM shall hereby be CONSOLIDATED, and henceforth shall be shown as 2:15-cr-00234.

2. That the following motion schedule shall be set:

| | |
|---|---|
| Defendants' motions due: | March 28, 2016 |
| Government's responses due: | May 31, 2016 |
| Defendants' reply briefs due: | June 21, 2016 |
| Hearing on motions: | July 12, 2016 at 9:15 a.m. |

All defendants are out of custody.

3. The trial confirmation hearing previously set for April 5, 2016, and the trial previously set for May 16, 2016 in Case No. 2:12-cr-0309-JAM are hereby <u>vacated</u>.

In addition, the parties stipulate and agree that time shall be excluded under the Speedy Trial Act. The government has provided extensive discovery in this matter, including a number of search warrants. In addition to motions previously filed, but not heard, by the court in the earlier Indictment, it is anticipated that additional motions will be necessary with regard to the exclusion of evidence, and to challenge various search warrants.

Counsel further stipulate that an exclusion of time from January 26, 2016, to July 12, 2016 is appropriate under the Speedy Trial Act because the defense counsel need to review discovery, investigate, prepare motions, and prepare a defense for trial. In addition, each defendant's counsel stipulates that this matter is "complex" within the meaning of 18 U.S.C. §3161(h)(7)(B)(ii) (local code T2) because of the voluminous discovery, the complexity and unusual nature of the underlying conspiracy.

As a result, counsel for all parties stipulate the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18

2

U.S.C. §3161(h)(7(A)&(B)(ii)&(iv) (local code T4).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 27, 2016 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: January 27, 2016 /s/ John Balazs
JOHN BALAZS
Attorney for defendant
BROOK MURPHY

DATED: January 27, 2016 /s/ Robert Helfend
ROBERT HELFEND
Attorney for defendant
NATHAN V. HOFFMAN

DATED: January 27, 2016 /s/ Donald Heller
DONALD HELLER
Attorney for defendant
STEVEN MARCUS

DATED: January 27, 2016 /s/ Donald M. Ré
DONALD M. RÉ
Attorney for defendant
HUNG NGUYEN

**ORDER**

IT IS ORDERED.

Date: January 29, 2016

HONORABLE JOHN A. MENDEZ